In the Matter of MARTIN R. BURDICK, Petitioner, against JOHN M. BECKMANN, as Commissioner of Police of the County of Nassau, Respondent.— Proceeding under article 78 of the Civil Practice Act, to review a determination of the Police Commissioner, Nassau County, dismissing the petitioner from his position as patrolman after a departmental trial. Determination unanimously confirmed, without costs. No opinion. Present—Nolan, P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [See *post*, p. 776.]

In the Matter of the Estate of MARIE E. CALLIS, Deceased. MARY ZOMBULIS, as Administratrix of the Estate of MARIE E. CALLIS, Deceased, Respondent; ELLEN ZANN et al., Appellants.—Appeal from so much of a decree of the Surrogate's Court, Kings County, in a discovery proceeding, which directs appellants to turn over to the estate the sums withdrawn by appellant Ellen Zann from a joint account with decedent, and the proceeds of an insurance policy on decedent's life which had been surrendered during her lifetime. Decree, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present—Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *post*, p. 707.]